1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  TIMOTHY J. MCDONOUGH, State Bar No. 235850
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5606
   Fax: (415) 703-5843
8   Email:  Tim.McDonough@doj.ca.gov

9  Attorneys for Defendants M. Duran, S. Freeman, D.
   Coleman, J. Marvin, R. Hahn, and M. Powers

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14

15  **FRANKLIN R. ELLIS, JR.,**                    C 05-2110 SI (pr)

16                               Plaintiff,

17        v.                                       **STIPULATION AND
                                                   [PROPOSED] ORDER OF
18  **DIRECTOR WOODFORD;  SERGEANT                 DISMISSAL**
   COLEMAN; SERGEANT POWERS;**
19  **CORRECTIONAL OFFICER HAHN;
   CORRECTIONAL OFFICER DURAN;**
20  **CORRECTIONAL OFFICER MARVIN;
   CORRECTIONAL OFFICER FREEMAN,**
21
                                 Defendants.
22

23
        Following a mediation with The Honorable Magistrate Judge Nandor Vadas, the parties
24
   agree as follows:
25
        A.   Plaintiff Franklin Ellis (Plaintiff) filed his Complaint in this action on May 23, 2005.
26
             (Court Docket (CD) # 1.)
27
        B.   In his Complaint, Plaintiff alleges that Defendants M. Duran, S. Freeman, D. Coleman,
28

---

Stip. & [Prop.] Order Dismissal                    Ellis, Jr. v. Director Woodford, et al.
                                                   C 05-2110 SI (pr)

J. Marvin, R. Hahn, and M. Powers (Defendants) used excessive force against him on May 4, 2004 at Pelican Bay State Prison.

C. In its Order of Service, the Court screened Plaintiff's Complaint and found that liberally construed, Plaintiff's allegations stated a cognizable Eighth Amendment claim against Defendants. (CD # 5.)  On April 4, 2007, the Court referred the case to the Pro Se Prisoner Mediation Program.  (CD # 44.)

D. The parties mediated this matter before Magistrate Judge Vadas on May 31, 2007 at California Correctional Institution, Tehachapi.  A full and final settlement of this action was reached by the parties.  The parties wish to fully resolve all matters which were or could have been asserted in this action.  Therefore, they now enter into this stipulation in order to fully settle and discharge all claims which are, or might have been, the subject matter of the action, upon the terms and conditions set forth below.

IN ACCORDANCE WITH MATTERS DISCUSSED BY MAGISTRATE JUDGE VADAS AND THE PARTIES AT THE MAY 31, 2007 MEDIATION, THE PARTIES STIPULATE AS FOLLOWS:

1. Plaintiff agrees to the voluntary dismissal with prejudice of the above-captioned action under Rule 41(a) of the Federal Rules of Civil Procedure.

2. Defendants and the California Department of Corrections and Rehabilitation (CDCR) deny any and all liability.  This agreement does not constitute an admission of liability or any wrongdoing on behalf of any party.

3. In consideration for a release of all claims and a stipulation of dismissal in this action, the CDCR, on behalf of Defendants, agrees to pay Plaintiff six hundred and fifty dollars and no cents ($650).

4. At the time that Plaintiff signs this stipulation, he shall also sign and return to defense counsel a Payee Data Record form.  Upon receipt of the executed Stipulation and Order of Dismissal and Payee Data Record Form, CDCR will have up to 120 days to issue the settlement payment check

5. Plaintiff expressly waives and assumes the risk of any and all claims for damages

Stip. & [Prop.] Order Dismissal

Ellis, Jr. v. Director Woodford, et al.
C 05-2110 SI (pr)

1 | which exist as of this date, but which he does not know or suspect to exist, whether
2 | through ignorance, oversight, error, negligence, or otherwise, and which, if known,
3 | would materially affect his decision to enter into this settlement agreement. Plaintiff
4 | has read the contents of Section 1542 of the Civil Code of the State of California, and
5 | he expressly waives the benefits of this section. Section 1542 reads as follows: "A
6 | general release does not extend to claims which the creditor does not know or suspect
7 | to exist in his or her favor at the time of executing the release, which if known by him
8 | or her must have materially affected his or her settlement with the debtor."

6. In consideration of the obligations set forth in Paragraph 3, Plaintiff completely releases and forever discharges Defendants, all served and unserved defendants, CDCR, Pelican Bay State Prison, and any unnamed defendants, from any and all claims that are the subject of the action as alleged in Plaintiff's Complaint that are based on, related to, or derived from the alleged acts or omissions of Defendant, CDCR, or Pelican Bay State Prison as alleged in Plaintiff's Complaint filed in this action.

7. Under California Penal Code § 2085.5 all outstanding restitution orders and fines must first be paid directly from this settlement. The restitution fines and fees, if any, shall be deducted from the settlement proceeds and the remainder of the settlement amount will be issued by check payable to Plaintiff.

///
///
///
///
///
///
///
///
///

Stip. & [Prop.] Order Dismissal

Ellis, Jr. v. Director Woodford, et al.
C 05-2110 SI (pr)

3

8. Each party shall bear his own attorneys' fees and costs.

9. This stipulation shall constitute the entire agreement between the parties arising from the allegations alleged in this action, and it is expressly understood and agreed that this stipulation has been freely and voluntarily entered into by all parties. It may not be altered, amended, modified, or otherwise changed in any respect except by writing duly executed by the parties to this agreement.

IT IS SO STIPULATED.

Dated: June 15, 2007

_____
FRANKLIN ELLIS, PLAINTIFF

Dated: June 2, 2007

_____
JASON KRESTOFF, STAFF COUNSEL
Office of Legal Affairs
California Department of Corrections and
Rehabilitation

Dated: June 14, 2007

_____
TIM MCDONOUGH
Deputy Attorney General
Attorneys for Defendants M. Duran, S. Freeman, D. Coleman, J.
Marvin, R. Hahn, and M. Powers

## ORDER

IT IS HEREBY ORDERED that this case against Defendants shall be dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON
United States District Court Judge

20091937.wpd
SF2005200660

Stip. & [Prop.] Order Dismissal

Ellis, Jr. v. Director Woodford, et al.
C 05-2110 SI (pr)

4

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Franklin R. Ellis, Jr. v. Director Woodford, et al.**

No.:   **C 05-2110 SI (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 27, 2007**, I served the attached

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Franklin R. Ellis, Jr.**
**P-49433**
**California Correctional Institution**
**P.O. Box 1906**
**Tehachapi, CA 93581**
In Pro Se

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 27, 2007**, at San Francisco, California.

| | |
|---|---|
| L. Santos | ɔ. Santos |
| Declarant | Signature |

20094033.wpd